UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FILED AUG 18 2005 UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA

In re                                  ) Case No. 05-23721-C-7
                                       )
SHANNON M. WALTSON,                    )
                                       )
        Debtor.                        )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW ON
MOTION TO REDEEM COLLATERAL**

These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

<u>Jurisdiction</u>

Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(G).

<u>Findings of Fact</u>

On July 12, 2005, debtor filed a motion to redeem pursuant to 11 U.S.C. § 722. The collateral, a 1999 Daewood Leganza SX Sedan, secures a debt owed to Fairlane Credit LLC. Debtor represents that the fair market value of the collateral is $50.00. Debtor's declaration establishes that the vehicle is not operable and requires engine repairs. Although debtor attempted to surrender the vehicle, she alleges that the creditor has refused to take possession of the vehicle.



A hearing was scheduled for August 16, 2005 to consider the motion. No opposition to the motion was filed. Upon review of the record, the court determined that the written record was adequate and that no oral argument is necessary.

## Conclusions of Law

Under 11 U.S.C. § 722, a debtor may redeem consumer collateral by "cashing out" a creditor for the fair market value of the collateral. The fair market value of the collateral is determined to be $50.00.

Accordingly, the motion to redeem the collateral for $50.00 will be granted.

An appropriate order will issue.

Dated: August 18, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

    On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Shannon M. Walston
2281 Peach Tree Drive #7
Fairfield, CA 94533

Candace Brooks
455 University Avenue #100
Sacramento, CA 95825

Kenneth Sanders
P.O. Box 214205
Sacramento, CA 95821

Fairlane Credit LLC
P.O. Box 6508
Mesa, AZ 85216-6508

CT Corporation System
(Fairlane Credit LLC)
One American Road
Dearborn, MI 48126

Dated: 8/23/05

*Melissa McIntosh*
Deputy Clerk